GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

JOSEPH E. KOEHLER
Assistant United States Attorney
Arizona State Bar No. 013288
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: joe.koehler@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 14 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>Ted Earl Severeid, III,<br><br>            Defendant. | No.  CR-21-02308-TUC-DWL(MTM)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 115(a)(1)(B) & (b)(4)<br>(Threatening to Assault a United States Judge)<br>Count 1<br><br>18 U.S.C. § 876(c)<br>(Mailing Threatening Communications)<br>Count 2 |

THE GRAND JURY CHARGES:

## COUNT 1

On or between February 4, 2021, and February 8, 2021, in the District of Arizona, defendant Ted Earl Severeid, III, did threaten to assault Person A, a United States Judge, with intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties, and with intent to retaliate against such judge on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B) & (b)(4).

## COUNT 2

On or between February 4, 2021, and February 8, 2021, defendant Ted Earl Severeid, III, knowingly and willfully caused to be delivered by the Postal Service to an address in the District of Arizona, according to the directions thereon, a communication dated February 3, 2021, addressed to Person A, a United States judge, containing a threat to injure Person A.

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

*/s/*
FOREPERSON OF THE GRAND JURY
Date: September 14, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*/s/*
JOSEPH E. KOEHLER
Assistant U.S. Attorney