T.S. HARTZELL
325 West Franklin Street, # 103
Tucson, Arizona 85701
(520) 792-8181
Arizona State Bar # 013862
Pima County Computer # 64555
tshart@dakotacom.net

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:21-cr-02308-DLR |
| vs. | ) | DEFENDANT'S SENTENCING MEMORANDUM |
| Ted Earl Severeid, III, | ) | |
| Defendant. | ) | |

    Defendant Severeid, through counsel, submits the following memorandum to assist the Court at time of sentencing.

Introduction

    At first glance, Ted Severeid seems a misogynistic, violent threat to the well-being of whatever community that is forced to endure him.  A closer look, however, reveals a man beset by mental illness and a horrific childhood who is taking positive steps to address his demons and conform his behavior to societal norms.

Ted Severeid's Pre-Incarceration History

    At the age of five, Ted  Severeid first became the victim of sexual abuse by his aunt–abuse that continued for the next eight years as Ted sought refuge in his aunt's house. While Ted objected to the abuse, it was the lesser of the two evils Ted had to face as a child–at his mother's home, he was beaten almost every day.  When he was eleven years old, Ted's mother pushed him down the stairs, resulting in a broken leg.

    Exactly when Ted transitioned into being a ward of the state is uncertain.  The

presentence reports–from this case and others–reveal that Ted was committed to a mental hospital when he was nine years old after he tried to kill himself. Ted reports two other involuntary commitments while he was a child.

One presentence report documents a history of juvenile probation with several stints at unnamed treatment facilities. By the time he was fifteen, and was convicted of the crime reported in ¶ 23 of the presentence report, he was already in a juvenile training facility, a.k.a., reform school. He has been in custody ever since.

<u>Mental Health</u>

Ted Severeid suffers from bipolar disorder. He has also been diagnosed with borderline personality disorder and associated antisocial and conduct problems. For his mental health, he takes the prescription medicines Haldol and Tegratol, He recognizes the importance of taking his medication as prescribed and is committed to following his psychiatrist's orders.

What may be more telling than Ted's acceptance of the medical component of his mental health treatment is his adherence to the behavior modification recommendation. Ted writes frankly and openly in a journal every day and records his feelings and thoughts. While he has limited contact with a psychologist during his presentence incarceration, having his journal entries reviewed just once a week, he anticipates the intensity of his treatment will be increased when he returns to the Iowa Department of Corrections to finish his sentence there.

Ted knows he has to change if he wants to avoid spending the rest of his life in prison. He understands he was dealt a bad hand but can not continue to blame others and the past for his present-day conduct. He is taking affirmative steps to know himself and moderate his behavior.

<u>The Offense</u>

There is no question that a threat to rape and sodomize a district court judge is a reprehensible crime. Nonetheless, there are three mitigating circumstances: 1) the letter was intercepted and never delivered to the intended recipient; 2) writing out an angry, violent and hateful fantasy is a huge step away from Ted Severeid's history of physically acting on his impulses; and 3) Ted recognizes and accepts that this crime was prompted by a relapse of his

bipolar disorder and has become more diligent in his treatment participation and more aware of warning signs and how to deal with them.

Some Subjective Notes

Counsel informs the Court that Ted Severeid has always been polite and respectful, as well as aware of his mental and emotional shortcomings and the problems fostered by his history and illness. He is thoughtful, troubled and remorseful. In the acquaintance of several years, counsel has observed positive changes–indeed, an awakening–in Ted Severeid.

18 U.S.C. § 3553 Factors

The §3553 factors apply only in a limited way as Ted Severeid will be incarcerated in his Iowa case for another five years followed by a 36-month federal sentence. Thus, the public is protected for another eight years already. Also, the concept of prison as specific deterrence is inapplicable, as Severeid's criminal history took place within prison.

Mr. Severeid needs additional treatment. He is getting treatment in prison, but the same or superior treatment could be afforded him as a condition of supervised release. He respects the law, but has found himself powerless to conform his conduct to reflect that respect. Finally, the Court must weigh deterrence with the history and characteristics of the defendant. When one, as Ted Severeid, finds his behavior so strongly influenced by mental illness, the length of a prison sentence loses value as deterrence, either to Mr Severeid or the public.

Conclusion

The plea agreement specifies the government will recommend a sentence within the advisory guideline range, i.e., 37 - 46 months. There is no agreement that the sentence will be consecutive to or concurrent with any other sentence Mr. Severeid is serving.

It is time to allow Ted Severeid to see some light at the end of this long tunnel of imprisonment. A victim of abuse and mental illness, a man who has been locked-up since he was a child, Mr. Severeid is doing his part to extricate himself from this fearsome merry-go-round of crime and punishment. It is still, for Severeid, two steps forward and one step back.

Counsel agrees with the presentence report that a sentence of 41 months suits the crime

and the offender and asks that it be concurrent with the 36-month federal sentence that is awaiting Ted Severeid when he finishes his Iowa sentence.

Dated November 29, 2022.

s/ T.S. Hartzell<br>
T.S. Hartzell,<br>
Attorney for Ted E. Severeid, III